DOUGLAS A. SCULLION (Bar No. 215339)
ANNA SHIRAN YOUSSEFI (Bar No. 260911)
DENTONS US LLP
525 Market Street, 26th Floor
San Francisco, California 94105-2708
Telephone:  (415) 882-5000
Facsimile:  (415) 882-0300
E-mail:  doug.scullion@dentons.com
  anna.youssefi@dentons.com

Attorneys for Defendant
THE LINCOLN NATIONAL LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL WILEY,<br><br>           Plaintiff,<br><br>     v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>           Defendant. | Case No. 3:16-cv-02811-JCS<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

1  Pursuant to Local Rule 6-1, Plaintiff Darrell Wiley and Defendant The Lincoln National
2  Life Insurance Company ("Lincoln") (together, the "Parties"),through their respective attorneys
3  of record, hereby stipulate as follows:

4  WHEREAS, Plaintiff filed an initial complaint in this case on May 25, 2016 and served
5  Lincoln with the complaint by certified mail on June 2, 2016;

6  WHEREAS, Lincoln requested and Plaintiff has agreed to extend Lincoln's current
7  deadline to respond to the Complaint from June 23, 2016 to July 8, 2016;

8  WHEREAS, the Parties' proposed change in the deadline for Lincoln's responsive
9  pleading extends this deadline by not more than 30 days and will not alter the date of any event or
10 deadline already fixed by Court order, and therefore the Parties may enter into this stipulation
11 pursuant to Local Rule 6-1(a) without Court order;

12 IT IS HEREBY STIPULATED AND AGREED that Lincoln shall file its responsive
13 pleading in this matter no later than July 8, 2016.

14 IT IS SO STIPULATED.

15 Dated: June 22, 2016                    LAW OFFICES OF LAURENCE F.
16                                          PADWAY

18                                          By: */s/ Laurence F. Padway*
19                                              LAWRENCE F. PADWAY

20                                          Attorneys for Plaintiff
                                            DARRELL WILEY

22 Dated: June 22, 2016                    DENTONS US LLP

24 Dated: 6/24/16                           By */s/ Douglas Scullion*
                                            Douglas A. Scullion
25                                          Anna Shiran Youssefi

26                                          Attorneys for Defendant
                                            THE LINCOLN NATIONAL LIFE
27                                          INSURANCE COMPANY

[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Joseph C. Spero]

DENTONS US LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

**ATTESTATION OF E-FILED SIGNATURE**

I, Douglas Scullion, am the ECF User whose identification and password are being used to file the foregoing STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R.6-1(a). In compliance with Local Rule 5-1 (i), I hereby attest that Laurence F. Padway has concurred in this filing.

Dated: June 22, 2016           By */s/ Douglas Scullion*
                                  Douglas A. Scullion

100113184

DENTONS US LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000