Laurence F. Padway, #89314
Law Offices of Laurence F. Padway
1516 Oak Street, Suite 109
Alameda, California 94501
Telephone:  (510)814-6100
Facsimile : (510)814-0650

Attorneys for plaintiff
    Darrell Wiley

Douglas A. Scullion, #215339)
Anna Shiran Youssefi, #260911)
DENTONS US LLP
525 Market Street, 26th Floor
San Francisco, California 94105-2708
Telephone: (415) 882-5000
Facsimile: (415) 882-0300

Attorneys for Defendant
The Lincoln National Life Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL WILEY,<br><br>          Plaintiff,<br>vs.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>          Defendants.<br>_____/ | No. C 16-02811 WHO<br><br>**STIPULATION RE DISMISSAL WITH PREJUDICE AND ORDER** |

     WHEREAS, Plaintiff filed his Complaint on May 25, 2016 alleging a cause of action for ERISA benefits due; and

     WHEREAS, Plaintiff and Defendants have resolved this matter.

     IT IS THEREFORE STIPULATED by and between Plaintiff Darrell Wiley and Defendant The Lincoln National Life Insurance Company that, pursuant to Federal Rules of Civil Procedure 41 (a)( 1 )(A)(i i), this action and all claims Plaintiff Darrell Wiley has asserted against Defendant in

this action are dismissed with prejudice.  Plaintiff and Defendants stipulate that each party shall bear their own attorneys' fees and costs.

Dated: December 16, 2016          By:  /s/ Laurence F. Padway
                                  Laurence F. Padway
                                  Attorney for plaintiff
                                  Darrell Wiley

Dated:  December 16, 2016         DENTONS US LLP

                                  By:  /s/ Douglas A. Scullion
                                  Douglas A. Scullion
                                  Anna S. Youssefi
                                  Attorneys for Defendant
                                  THE LINCOLN NATIONAL LIFE INSURANCE COMPANY

## ORDER

The Court, having considered the Stipulation of the parties and good cause appearing thereon, orders as follows:

1) The matter is dismissed with prejudice against Defendants pursuant to Federal Rules of Civil Procedure 4l(a)(1)(A)(ii);

2) Each party shall bear their own attorneys' fees and costs; and

3) The Court shall retain jurisdiction over this matter to enforce the terms of the Settlement Agreement and Release.

IT IS SO ORDERED.

Dated: December 19, 2016          By: _____
                                  Hon. William H. Orrick
                                  United States District Court Judge